NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ZEMA FLORENCE,                          )
                                        )
              Appellant,                )
                                        )
v.                                      )          Case No.  2D17-3292
                                        )
DITECH FINANCIAL, LLC,                  )
                                        )
              Appellee.                 )
_____ )

Opinion filed August 22, 2018.

Appeal from the Circuit Court for Pinellas
County; John A. Schaefer, Judge.

Zema Florence, pro se.

Curtis A. Wilson of McCalla Raymer
Leibert Pierce, LLC, Orlando, for Appellee.


PER CURIAM.


              Affirmed.



LaROSE, C.J., and BLACK and SALARIO, JJ., Concur.